UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STACEY LAWRENCE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-00772 |
| | ) | |
| v. | ) | |
| | ) | |
| TRILOGY, INC., | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

## DEFENDANT'S RESPONSES AND STATED OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

NOW COME the Defendants, TRIOLOGY, INC., by and through its attorneys, TARA A. RYNIEC and KOPKA PINKUS DOLIN PC, and for its Responses and Stated Objections to Plaintiff's First Request for Admissions, states as follows:

1.     Admit that You are an employer as defined by the Family and Medical Leave Act, as amended, 29 U.S.C. § 2601 *et seq.* ("FMLA").

**ANSWER:     Defendant admits Request No. 1.**

2.     Admit that You are an employer as defined by the Americans with Disabilities Act, as amended, 42 U.S.C. et seq. ("ADA").

**ANSWER:     Defendant admits Request No. 2.**

3.     Admit that Plaintiff requested a reasonable accommodation in the form of a service dog.

**ANSWER:     Defendant denies Request No. 3.**

4.     Admit that the service dog would not have posed an undue burden on Defendant.

ANSWER:     **Defendant admits Request No. 4.**

5.     Admit that Defendant did not engage in the interactive process to implement Plaintiff's request for utilization of a service dog.

ANSWER:     **Defendant denies Request No. 5.**

6.     Admit that Plaintiff requested FMLA leave.

ANSWER:     **Defendant denies Request No. 6.**

7.     Admit Plaintiff sought paperwork from Defendant on three separate occasions.

ANSWER:     **Objection, Defendant lacks personal knowledge to respond to Request No. 7 as it calls for Defendant to speculate as to Plaintiff's state of mind regarding whether Plaintiff "sought paperwork from Defendant on three separate occasions". Without waiving said objection, Defendant denies Request No. 7.**

8.     Admit Defendant failed to procure the above referenced paperwork.

ANSWER:     **Defendant denies Request No. 8.**

9.     Admit that Defendant did not explain Plaintiff's rights under the FMLA.

ANSWER:     **Defendant denies Request No. 9.**

10.     Admit that Plaintiff was forced to have HR intervene in order to receive the necessary paperwork for FMLA leave.

ANSWER:     **Objection, Defendant lacks personal knowledge to respond to Request No. 10 as it calls for Defendant to speculate as to Plaintiff's state of mind regarding whether he was "forced to have HR intervene in order to receive the necessary paperwork for FMLA leave". Without waiving said objection, Defendant denies Request No. 10.**

11.     Admit that Plaintiff informed Defendant of his intention to take FMLA leave.

ANSWER:     **Objection, Defendant lacks personal knowledge to respond to Request No. 11 as it calls for Defendant to speculate as to Plaintiff's state of mind regarding his "intention to take FMLA leave". Without waiving said objection, Defendant denies Request No. 11.**

2

12.     Admit that Plaintiff was terminated by Defendant after informing Defendant of his intention to take FMLA leave.

**ANSWER:     Defendant denies Request No. 12.**

/s/ *Tara A. Ryniec*
**Tara A. Ryniec**
**Attorney for the Defendant,**
**TRILOGY, INC.**

Tara A. Ryniec
KOPKA PINKUS DOLIN P.C.
200 West Adams Street Suite 1200
Chicago, IL 60606
Phone: (312)782-9920
Email: TARyniec@kopkalaw.com
ARDC#:  6278367

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 5th Day of June, 2024, a true and correct copy of the foregoing was provided via electronic mail to:

**Alexander Taylor, Esq.**
**Nathan C. Volheim, Esq.**
SULAIMAN LAW GROUP LTD.
2500 South Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (331) 272-1942
ataylor@sulaimanlaw.com
nvolheim@sulaimanlaw.com

/s/ *Tara A. Ryniec*
**Tara A. Ryniec**

## VERIFICATION BY CERTIFICATION

Under penalties as provided by law pursuant to 28 U.S. Code Section 1746(2) of the Federal Rules of Civil Procedure, the undersigned certifies under penalty of perjury that the foregoing statements set forth in this instrument are true and correct based upon information and the best of his/her belief.

Signed on June 5, 2024

Subscribed and sworn to before me

this 5th day of June, 2024.

OFFICIAL SEAL
PATRICIA CERVANTES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 10/31/2026

Notary Public

4